## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

LAOI KIRA WHITE III

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

NASSAU COUNTY CORRECTIONAL CENTER

(full name(s) of the defendant(s)/respondent(s))

**16CV 8380**

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1.  *Are you incarcerated?*     ☐ Yes     ☑ No     (If "No," go to Question 2.)

    I am being held at: _____

    Do you receive any payment from this institution? ☐ Yes   ☑ No

    Monthly amount: _____

    If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2.  Are you presently employed?     ☐ Yes     ☑ No

    If "yes," my employer's name and address are:

    _____

    Gross monthly pay or wages: _____

    If "no," what was your last date of employment?   01 | 19 | 2016

    Gross monthly wages at the time: _____

3.  In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

    (a) Business, profession, or other self-employment     ☐ Yes     ☑ No
    (b) Rent payments, interest, or dividends              ☐ Yes     ☑ No

S.D. OF N.Y.
2016 OCT 25 PM 4:11
SDNY PRO SE OFFICE
RECEIVED

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts or inheritances | ☐ Yes | ☑ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☑ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☑ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

YES, I RECEIVE $1,781.00 A MONTH FROM SOCIAL SECURITY.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4.  How much money do you have in cash or in a checking, savings, or inmate account?

I HAVE $15.77 IN MY TD BANK CHECKING ACCOUNT.

5.  Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value: NO, I DO NOT HAVE THAT INFORMATION AVAILABLE.

6.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

YES, I HAVE A HOUSING EXPENSE $1,100 A MONTH.

7.  List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

NONE

8.  Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable: NO

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

| | |
|---|---|
| 10/25/2016 | Logi White III |
| Dated | Signature |
| WHITE III LAST K | |
| Name (Last, First, MI) | Prison Identification # (if incarcerated) |
| 86-39 208TH STREET, APT #2D   QUEENS VILLAGE, NY   11427 | |
| Address                        City              State      Zip Code | |
| (917) 500-6633 | november51976@yahoo.com |
| Telephone Number | E-mail Address (if available) |

IFP Application, page 2

SOCIAL SECURITY ADMINISTRATION

Date: October 20, 2015
Claim Number: XXX-XX-9560A
XXX-XX-9560DI

CYNTHIA INSHIQAQ FOR
LAQI KIRA WHITE III
86 39 208TH ST
APT 2D
QUEENSVILLAGE NY 11427-2935

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

Beginning December 2014, the full monthly Social Security benefit before any deductions is......$ 1886.60

We deduct $104.90 for medical insurance premiums each month.

The regular monthly Social Security payment is........$ 1781.00 (We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

Beginning May 2012, the current Supplemental Security Income payment is...............$ 0.00

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

Payments were stopped beginning June 2013.

Date of Birth Information

The date of birth shown on our records is November 5, 1976.

Medicare Information

   You are entitled to hospital insurance under Medicare beginning February
   2013.

   You are entitled to medical insurance under Medicare beginning February 2013.

SUSPECT SOCIAL SECURITY FRAUD?

  Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
  Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

We invite you to visit our web site at www.socialsecurity.gov on the Internet
to find general information about Social Security. If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local
office at 866-592-0802. We can answer most questions over the phone. If you are
deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can
also write or visit any Social Security office. The office that serves your
area is located at:

                         SOCIAL SECURITY
                         3RD FL DISTRICT OFFICE
                         155-10 JAMAICA AVE
                         JAMAICA, NY 11432


If you do call or visit an office, please have this letter with you. It will
help us answer your questions. Also, if you plan to visit an office, you may
call ahead to make an appointment. This will help us serve you more quickly
when you arrive at the office.




                         OFFICE MANAGER